[No. 8637–2–III. Division Three. May 5, 1988.]

LOCAL 112, INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS, AFL–CIO, *Appellant,* v. VICTOR BRAY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 85–2–00461–1, Howard Hettinger, J.,

entered November 21, 1986. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Thompson, J.